### Solomon Meyerfield and Henry Wolf v. Maurice R. Stettheimer et al.

*Practice in the Supreme Court: Damages for vexatious appeals.* A case brought into this Court merely for delay is a proper subject for damages by way of penalty.

*Heard and decided May 12.*

Error to Monroe Circuit.

This was an action of *assumpsit* brought in the Circuit Court for the County of Monroe, by Maurice R. Stettheimer and others against Solomon Meyerfield and Henry Wolf, in which the plaintiffs below recovered a judgment.

The assignments of error were of a general character; or, so far as they were specific, they were not sustained by the facts appearing on the record.

The plaintiffs in error did not appear.

*Newberry Pond, & Brown* appeared for the defendants in error, and insisted that the errors assigned were all frivolous; and, as it was evident that the writ of error was sued out for delay, asked damages.

PER CURIAM.

The plaintiff in error making default, and the case having been evidently taken up merely for delay, the Court in affirming the judgment allowed an additional sum, amounting to the rate of 3 per cent. per annum, for the period between the verdict and affirmance, by way of penalty for the vexatious appeal.